Nicholas M. Wajda
(State Bar No. 259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com

Alejandro Emmanuel Figueroa
Alexander James Adducci Taylor
Sulaiman Law Group Ltd.
2500 South Highland Avenue
Suite 200
Lombard, IL  60148
Telephone:  630-575-8181
Facsimile:  630-575-8188
Email: alejandrof@sulaimanlaw.com
         ataylor@sulaimanlaw.com

*Attorneys for Plaintiff Joshua Barkan*

# IN THE UNITED STATE DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. BARKAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUB GROUP, INC.,<br><br>　　　　Defendant. | Case No.  5:20-cv-00643-CBM-MRW<br><br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joshua Barkan and Defendant Hub Group, Inc., acting through their counsel, hereby stipulate that the above-entitled action by Plaintiff is dismissed without prejudice with each party to bear its or his own attorney's fees and costs.

1  Dated:  January 20, 2021           Respectfully submitted,

3  By: */s/ Nicholas M. Wajda*           */s/ Marty E. Zemming*
4  Nicholas M. Wajda                    MARTY E. ZEMMING (SBN: 213645)
   (State Bar No. 259178)               Wagner Zemming Christensen, LLP
5  WAJDA LAW GROUP, APC                 1325 Spruce Street, Suite 200
6  6167 Bristol Parkway, Suite 200      Riverside, CA 92507
   Culver City, California 90230        Telephone: 951-686-4800
7  Telephone: 310-997-0471              Facsimile:  951-686-4801
   Facsimile: 866-286-8433              mez@wzclawfirm.com
8  E-Mail: nick@wajdalawgroup.com

9                                       ERIC L. ZALUD (OH 0038959)
10 Alejandro Emmanuel Figueroa          (*Pro Hac Vice Forthcoming*)
   Alexander James Adducci Taylor       LAURA E. KOGAN (OH 0087453)
11 Sulaiman Law Group Ltd.              (*Admitted Pro Hac Vice*)
12 2500 South Highland Avenue           Benesch, Friedlander, Coplan
   Suite 200                              & Aronoff LLP
13 Lombard, IL  60148                   200 Public Square, Suite 2300
14 Telephone:  630-575-8181             Cleveland, Ohio 44114-2378
   Facsimile:  630-575-8188             Telephone:  216-363-4500
15 Email: alejandrof@sulaimanlaw.com    Facsimile:  216-363-4588
16        ataylor@sulaimanlaw.com       Email: ezalud@beneschlaw.com
                                               lkogan@beneschlaw.com
17 *Attorneys for Plaintiff*

18                                      *Attorneys for Defendant HUB Group, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021 a copy of the foregoing *Joint Stipulation of Dismissal* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda
*Attorney for Plaintiff Joshua M. Barkan*