UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

| Case No. | **ED CV 20-0643-CBM(MRWx)** | Date | JANUARY 20, 2021 |
|---|---|---|---|

| Title | Joshua M. Barkan v. HUB Group, Inc., |
|---|---|

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the stipulation to dismiss [40] without prejudice is hereby granted.   [JS-6]

IT IS SO ORDERED.

cc: all parties